CHAPTER 13 PLAN
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Debtor:        **Henri Pegues**            SSN: XXX-XX- **8759**        CASE NO.   **15-01437**
Joint Debtor: **Stephanie Pegues**         SSN: XXX-XX- **5710**        Median Income: [ ] Above [√] Below
Address:       **111 Los Pueblos Drive**
               **Clinton, MS 39056**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

50/50
(A)   Debtor shall pay **$ 168.05** [ ] monthly, [ ] semi-monthly, [✔] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
Brown Bottling Group, Inc
**Attn: Payroll**
Post Office Box 3186
Ridgeland, MS 39158

(B)   Co-Debtor shall pay **$723.00** [✔] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

Singletary & Thrash- Jackson, PA
**Attn: Payroll**
129 N. State Street
Jackson, MS 39201

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
**Internal Revenue Service:**        $ **16,086.05**        at $    **268.10**/month
Mississippi Dept. of Revenue:        $_____        at $_____/month
Other/_____:                $_____        at $_____/month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: _____
                                          _____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____
To be paid [ ] direct, [ ] through payroll deduction, or [ ] through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning_____.
To be paid [ ] direct, [ ] through payroll deduction, or [ ] through the plan.

**HOME MORTGAGES**. All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
**Mtg pmts to   Wells Fargo Mortgage   Beginning 6/1/15   @ $ 637.55   [ ]Plan [√ ]Direct**

**Mtg arrears to**_____ **Through**_____ **$**_____ **@ $  /mo**

Debtor's Initials **HP**        Joint Debtor's Initials   **SP**        Chapter 13 Plan, Page 1 of  **3**

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM**:

Creditor:_____ Approx. amt. due:_____ Int. Rate:_____
Property Address:_____ Are related taxes and/or insurance escrowed **[ ]**Yes **[ ]**No
Creditor:_____ Approx. amt. due:_____ Int. Rate:_____
Property Address: _____ Are related taxes and/or insurance escrowed **[ ]**Yes **[ ]**No

**NON-MORTGAGE SECURED CLAIMS**. Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under nonbankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **Ally Financial** | **2012 Nissan Titan** | | 22,134.99 | 29,600 | 5% | Amount Owed |
| **Nissan Motor Corp** | **2012 Nissan Sentra** | | 10,117.23 | 10,117.23 | 5% | Amount Owed |
| **Flowers Employee** | **2003 Ford F-150** | | 5,700.00 | 5,700.00 | 5% | Amount Owed |
| **Okinus** | **Household Goods** | | 2,013.12 | 500.00 | 5% | Value |
| **Springleaf** | **Household Goods** | | 2,310.27 | 500.00 | 5% | Value |
| **Tower Loan** | **Household Goods** | | 2,506.74 | 500.00 | 5% | Value |
| **Tower Loan - Ellis** | **Household Goods** | | 2,037.81 | 500.00 | 5% | Value |
| **Tower Loan - Clinton** | **Household Goods** | | 4,970.91 | 500.00 | 5% | Value |
| **United Consumer Fin.** | **HHG- Vacuum** | | 2,228.15 | 500.00 | 5% | Value |
| **First Franklin** | **Household Goods** | | 1,684.34 | 500.00 | 5% | Value |
| **First Heritage** | **Household Goods** | | 1,227.81 | 500.00 | 5% | Value |
| **First Heritage** | **Household Goods** | | 1,272.45 | 500.00 | 5% | Value |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

CREDITOR'S NAME          COLLATERAL          APPROX. AMT. OWED     PROPOSED TREATMENT

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

CREDITOR'S NAME          APPROX. AMT. OWED     CONTRACTUAL MO. PMT.   PROPOSED TREATMENT
_____  _____      _____       _____
_____  _____      _____       _____

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately **$53,102.26**. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%),_____**10**__%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. Those *general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials  HP          Joint Debtor's Initials    SP      Chapter 13 Plan, Page 2 of 3

| | |
|---|---|
| Total attorney fee charged: | $ 3,200.00 |
| Attorney fee previously paid: | $ 340.00 |
| Attorney fee to be paid in plan: | $ 2,860.00 |

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent      Attorney for Debtor (Name/Address/Phone/Email)
_____      Tatum & Wade, PLLC
_____      P. O. Box 22688
_____      Jackson, MS 39225-2688

Telephone/Fax:_____      Telephone No. 601-948-7770
     Facsimile No. 601-948-7747
     Email address bankruptcy@tatumwade.com

DATED: 5/28/15      DEBTOR'S SIGNATURE /S/ Henri Pegues
     JOINT DEBTOR'S SIGNATURE Stephanie Pegues
     ATTORNEY'S SIGNATURE /s/ THANDI WADE